**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br><br> TENNILLE K PERRY <br><br> Debtor(s) | Case No. 16-13550 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/20/2016.

2) The plan was confirmed on 02/14/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 07/11/2018.

6) Number of months from filing to last payment: 21.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,079.00 |
| Less amount refunded to debtor | $7.42 |
| **NET RECEIPTS:** | **$4,071.58** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,318.58 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $171.62 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,490.20** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARONS SALES & LEASE OWNERSH | Unsecured | 1,873.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HINSDALE HOSPITAL | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HINSDALE HOSPITAL | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HINSDALE SURGICAL A | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| ARMCO | Unsecured | 503.00 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | 227.00 | 175.95 | 175.95 | 0.00 | 0.00 |
| AT&T | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANFIELD PET HOSPITAL | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA CORPORATE CT | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Bellwood Public Library | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL NET BANK USA | Unsecured | 467.00 | NA | NA | 0.00 | 0.00 |
| BLACK EXPRESSIONS BK CLUB | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 2,172.00 | NA | NA | 0.00 | 0.00 |
| CHASE ACS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BERWYN | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,500.00 | 2,264.11 | 2,264.11 | 87.76 | 0.00 |
| COMCAST | Unsecured | 659.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 362.52 | NA | NA | 0.00 | 0.00 |
| DIRECT LOAN SERVICING SYSTEM | Unsecured | 20,648.00 | NA | NA | 0.00 | 0.00 |
| EMERGE | Unsecured | 767.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 8,688.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 5,734.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 4,871.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 4,790.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 1,750.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 1,375.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FEDERAL NATIONAL MORTGAGE AS | Secured | NA | NA | NA | 0.00 | 0.00 |
| FMS SERVICES | Unsecured | 2,129.00 | NA | NA | 0.00 | 0.00 |
| GECC LOAN | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| GECRB/JCP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREATER CHICAGO FINANCE | Unsecured | 2,773.00 | 2,773.42 | 2,773.42 | 107.50 | 0.00 |
| GREATER CHICAGO FINANCE | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| HAWTHORNE WORKS MEDICAL IMA | Unsecured | 532.00 | NA | NA | 0.00 | 0.00 |
| HBLC | Unsecured | 2,631.00 | NA | NA | 0.00 | 0.00 |
| HLG ANETHESIA LTD | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| HSBC AUTO FINANCE | Unsecured | 11,189.00 | NA | NA | 0.00 | 0.00 |
| HSBC/SCUSA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 1,234.03 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLL HWY | Unsecured | 998.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLL HWY | Unsecured | 855.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLL HWY | Unsecured | 1,212.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLL HWY | Unsecured | 2,710.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 350.00 | 1,314.46 | 1,314.46 | 50.95 | 0.00 |
| JPMORGAN CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA MEDICAL CENTER | Unsecured | 560.70 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIV MEDICAL CENTER | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIV MEDICAL CENTER | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MEDICAL CNT | Unsecured | 219.72 | 182.00 | 182.00 | 0.00 | 0.00 |
| MID ATLANTIC FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MID ATLANTIC FINANCE | Unsecured | 3,276.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1,083.00 | NA | NA | 0.00 | 0.00 |
| MONEY SHOP USA | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MOUNT SINAI HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPALITY WEST | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MY NEXT DAY CASH ACCOUNT | Unsecured | 930.00 | NA | NA | 0.00 | 0.00 |
| MY NEXT DAY CASH.COM | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 2,216.00 | 2,128.16 | 2,128.16 | 82.49 | 0.00 |
| NICOR GAS | Unsecured | 2,700.00 | 2,767.90 | 2,767.90 | 107.29 | 0.00 |
| NICOR GAS | Unsecured | 2,310.89 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS | Unsecured | 397.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 397.00 | 396.83 | 396.83 | 15.38 | 0.00 |
| PNC BANK | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| RETIAL | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SINAI MEDICAL GROUP | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| SINAI MEDICAL GROUP | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY ADMINISTRATION | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 1,185.00 | NA | NA | 0.00 | 0.00 |
| SPRINT PCS | Unsecured | 1,185.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| SURE ADVANCE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| SURGICAL CONSULTANTS OF DUPAC | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Unsecured | 162.06 | NA | NA | 0.00 | 0.00 |
| TAX MASTERS | Unsecured | 468.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 0.00 | 54,950.41 | 54,950.41 | 2,130.01 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BELLWOOD | Unsecured | 4,250.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VILLAGE OF BELLWOOD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village of Cicero | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HILLSIDE | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF STONE PARK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF WESCHESTER | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WILBER LAW FIRM | Unsecured | 2,795.37 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$66,953.24** | **$2,581.38** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,490.20 |
| Disbursements to Creditors | $2,581.38 |
| **TOTAL DISBURSEMENTS :** | **$4,071.58** |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/07/2019                          By:/s/ Tom Vaughn
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**